■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED MANCUSO, Appellant, v VICTOR HERBERT, as Superintendent of Collins Correctional Facility, Respondent. [714 NYS2d 913] —Judgment unanimously affirmed without costs (see, People ex rel. Mancuso v Herbert, 273 AD2d 927). (Appeal from Judgment of Supreme Court, Erie County, Mintz, J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Wisner, Scudder and Lawton, JJ.